RICHARD B. TONINI
7734 MADRILENA WAY
CARLSBAD, CALIFORNIA 92009
760.271.2492

ORIGINAL

FILED

12 MAR 14 PM 12:16

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PM   DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD B. TONINI<br>Plaintiff,<br><br>vs.<br><br>MANDARICH LAW GROUP, LLP<br>CACH, LLC<br>John Doe(s) 1 thru 10<br>    Defendants | Case No.<br><br>**12CV0637 WQH WMc**<br><br>CIVIL RIGHTS COMPLAINT<br>PURSUANT TO 15 USC § 1681<br><br>TRIAL BY JURY DEMANDED<br><br>Date: 3/12/2012 |

## JURISDICTION

1. This court has jurisdiction under 15 U.S.C. §1681p and 28 U.S.C §1331.

2. All conditions precedent to the bringing of this action have been performed.

## PARTIES

3. The Plaintiff, Richard B. Tonini, a natural person, who resides in San Diego County, California

4. The Defendants in this lawsuit are MANDARICH LAW GROUP, LLP, an unknown entity with an office at 6301 Owensmouth Avenue, Suite 850, Woodland Hills, CA 93167 and CACH LLC, an unknown entity with an office at 4340 S. Monaco Street, 2nd Floor, Denver, CO 80237

## VENUE

5. The occurrences which give rise to this action occurred in San Diego County, California and Plaintiff resides in San Diego County, California.

6. Venue is proper in the Federal District of Southern California.

## GENERAL ALLEGATIONS

7. Plaintiff pulled his consumer credit report from the three major credit reporting agencies and found entries that he was unfamiliar with in the reports.

8. Plaintiff determined that his consumer credit report had been pulled on various occasions by various entities he did not recognize and without his consent.

9. Plaintiff found after examination of his TransUnion consumer credit report that Defendant MANDARICH LAW GROUP, LLP on behalf of CACH, LLC had pulled Plaintiff's TransUnion credit report on July 5, 2011 and again on September 16, 2011.

10. Discovery of violations brought forth herein occurred in October 2011 and are within the statute of limitations as defined in FCRA, 15 U.S.C. § 1681p.

## Count I

## VIOLATION OF THE FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681
## WILLFUL NON-COMPLIANCE BY DEFENDANT
## MANDARICH LAW GROUP, LLP AND CACH, LLC

11. Paragraphs 1 through 10 are re-alleged as though fully set forth herein.

12. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. § 1681a(c).

13. TransUnion is a credit reporting agency within the meaning of the FCRA, 15 U.S.C. § 1681a(f).

14. Consumer credit report is a consumer report within the meaning of the FCRA, 15 U.S.C. § 1681a(d).

15. The FCRA, 15 U.S.C. § 1681b defines the permissible purposes for which a person may obtain a consumer credit report.

16. Such permissible purposes as defined by 15 U.S.C. § 1681b are generally, if the consumer makes application for credit, makes application for employment, for underwriting of insurance involving the consumer, or is offered a bona fide offer of credit as a result of the inquiry.

17. Plaintiff has never had any business dealings or any accounts with, made application for credit from, made application for employment with, applied for insurance from, or received a bona fide offer of credit from the Defendants MANDARICH LAW GROUP, LLP or CACH, LLC.

18. At no time did Plaintiff give his consent for Defendant, MANDARICH LAW GROUP, LLP or CACH, LLC to acquire his consumer credit report from any credit reporting agency.

19. On July 5, 2011 and on September 16, 2011 Defendant MANDARICH LAW GROUP, LLP on behalf of CACH, LLC obtained the TransUnion consumer credit report for the Plaintiff with no permissible purpose in violation of FCRA, 15 U.S.C. §1681b.

20. The action of Defendants MANDARICH LAW GROUP, LLP and CACH, LLC of obtaining the consumer credit report of the Plaintiff with no permissible purpose or Plaintiff's

consent was a willful violation of FCRA, 15 U.S.C. § 1681b and an egregious violation of Plaintiff's right to privacy.

Wherefore, Plaintiff demands judgment for damages against Defendant, MANDARICH LAW GROUP, LLP and CACH, LLC, for statutory damages of $ 2,000.00 pursuant to 15 U.S.C. § 1681 n, attorney's fees, and costs against each and every Defendant.

### Count II

**VIOLATON OF THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT**

**CALIFORNIA CIVILCODE §1788 ET SEQ.**

**WILLFUL NON COMPLIANCE BY DEFENDANT MANDARICH LAW GROUP LLP AND CACH, LLC**

21. Paragraph 1 through 20 are re-alleged as through fully set forth herein.

22. Plaintiff is a person within the meaning of The Rosenthal Fair Debt Collection Practices Act §1788.2 (g)

23. TransUnion is a consumer reporting agency within the meaning of The Rosenthal Fair Debt Collection Practices Act §1788.2 (k)

24. Consumer credit report within the meaning of The Rosenthal Fair Debt Collection Practices Act §1788.2 (j) any written, oral or other communication of any information by a

consumer reporting agency bearing on a consumer's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics or mode of living which is used or expected to be used or collected in whole or in part for the purpose of serving as a factor in establishing the consumer's eligibility, for 1. credit or insurance to be used primarily for a person, family, or household purposes, or 2. employment purposes or, 3. other purposes authorized under any applicable federal or state law or regulation.

25. Plaintiff has never had any business dealings, made application for credit, made application for employment, applied for insurance, or any other purpose authorized under any applicable federal or state law or regulation from the Defendant.

26. At no time did Plaintiff give his consent for Defendant, to acquire his consumer credit report from any credit reporting agency.

27. On July 5, 2011 and again on September 16, 2011 Defendant MANDARICH LAW GROUP, LLP, on behalf of their client CACH, LLC obtained the TransUnion consumer credit report for the Plaintiff with no permissible purpose in violation of The Rosenthal Fair Debt Collection Practices Act §1788.2 (j).

28. The action of Defendant of obtaining the consumer credit report of the Plaintiff with no permissible purpose or Plaintiff's consent was a willful and knowing violation of The Rosenthal Fair Debt Collection Practices Act §1788.2(j).

Wherefore, Plaintiff demands judgment for damages of $1,000, for knowingly and willfully violating CCC § 1788 et seq., any other penalties in such amounts as this honorable court may allow, attorney's fees, and costs pursuant to The Rosenthal Fair Debt Collection Practices Act § 1788.30 (b)(c) against each and every Defendant.

Plaintiff reserves the right to amend the complaint.

### Demand for trial by jury

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully Submitted,

*Richard B. Tonini*
Richard B. Tonini
7734 Madrilena Way
Carlsbad, California 92009
760-271-2492

### VERIFICATION

I, Richard B. Tonini, do swear and affirm that all statements made herein are true and accurate, in all respects, to the best of my knowledge.

*Richard B. Tonini*
Richard B. Tonini

The Person above, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and acknowledged to me that he/she executed the same in his authorized capacity and that by his signature on this instrument who is the person who executed this instrument.

I certify under PENALTY OF PERJURY under the laws of this State that the foregoing paragraph is true and correct.

Witness my hand and official seal.

_See attachment_

NOTARY PUBLIC IN AND FOR                                     Notary Seal
THE STATE OF CALIFORNIA

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of California
County of _____San Diego_____)

On __March 12, 2012__ before me, __Naomi Benavides Ramos - Notary Public__
(insert name and title of the officer)

personally appeared __Richard B. Tonini_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __Naomi Benavides Ramos__ (Seal)

OFFICIAL SEAL
NAOMI BENAVIDES RAMOS
NOTARY PUBLIC-CALIFORNIA
COMM. NO. 1912645
SAN DIEGO COUNTY
MY COMM. EXP. NOV. 8, 2014

---

## ADDITIONAL OPTIONAL INFORMATION

### INSTRUCTIONS FOR COMPLETING THIS FORM

Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.

**DESCRIPTION OF THE ATTACHED DOCUMENT**

__Civil Rights Complaint__
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date _____

_____
(Additional information)

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document

**CAPACITY CLAIMED BY THE SIGNER**
- ☐ Individual (s)
- ☐ Corporate Officer
  _____
  (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

2008 Version CAPA v12.10.07 800-873-9865 www.NotaryClasses.com

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
TONINI, RICHARD B.

**DEFENDANTS**
MANDARICH LAW GROUP, LLP
CACH, LLC.

(b) County of Residence of First Listed Plaintiff: SAN DIEGO
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: LOS ANGELES
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS - PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**TORTS - PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- [x] 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- [x] 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 15 USC 1681
Brief description of cause: LACK OF PERMISSIBLE PURPOSE

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE
DOCKET NUMBER

DATE: MARCH 14, 2012
SIGNATURE OF ATTORNEY OF RECORD: Richard B. Tonini

**FOR OFFICE USE ONLY**
RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____