1  TIMOTHY P. JOHNSON (BAR NO. 66333)
2  LAW OFFICES OF TIMOTHY P. JOHNSON
3  1970 OLD TUSTIN AVENUE, SECOND FLOOR
   SANTA ANA, CALIFORNIA 92705
4  TELEPHONE: (714) 832-1170
   FACSIMILE: (714) 832-1179
5  E-MAIL: tjohnson@johnson-chambers.com
6
7  Attorneys for Defendant CACH, LLC
8
9               UNITED STATES DISTRICT COURT
10              SOUTHERN DISTRICT OF CALIFORNIA
11
12
13  RICHARD B. TONINI              Case No. 12 CV 0637 WQH WMc
    Plaintiff,
14
15        vs.
                                   **ANSWER OF CACH, LLC TO**
16  MANDARICH LAW GROUP, LLP,      **COMPLAINT**
    CACH, LLC
17  John Doe(s) 1 through 10
18  Defendants
19
20
21
22        Defendant CACH, LLC ("Defendant") for itself and for no other
    defendants, answers as follows:
23
                              **JURISDICTION**
24
25        1.     Answering paragraph 1 of the Complaint, Defendant is without
26  knowledge or information to form a belief as to the truth of the allegations contained
    therein, and on that basis denies each and every allegation therein.
27
          2.     Answering paragraph 2 of the Complaint, Defendant is without
28
    knowledge or information to form a belief as to the truth of the allegations contained

ANSWER TO COMPLAINT            -1-              12CV0637 WQH WMc

1    therein, and on that basis denies each and every allegation therein.

2    **PARTIES**

3           3.     Answering paragraph 3 of the Complaint, Defendant admits the

4    allegations contained therein.

5           4.     Answering paragraph 4 of the Complaint, Defendant admits the

6    allegations contained therein.

7    **VENUE**

8           5.     Answering paragraph 5 of the Complaint and based on the

9    allegations of Plaintiff in paragraph 3, Defendant admits that Plaintiff resides in San

10    Diego County but denies each and every other allegation in this paragraph.

11          6.     Answering paragraph 6 of the Complaint, Defendant is without

12    knowledge or information to form a belief as to the truth of the allegations contained

13    therein, and on that basis denies each and every allegation therein.

14    **GENERAL ALLEGATIONS**

15          7.     Answering paragraph 7 of the Complaint, Defendant is without

16    knowledge or information to form a belief as to the truth of the allegations contained

17    therein, and on that basis denies each and every allegation therein.

18          8.     Answering paragraph 8 of the Complaint, Defendant is without

19    knowledge or information to form a belief as to the truth of the allegations contained

20    therein, and on that basis denies each and every allegation therein.

21          9.     Answering paragraph 9 of the Complaint, Defendant CACH, LLC

22    is a passive debt purchaser which purchases debt and places it for collection with

23    third party law firms, such as Mandarich Law Group, LLP ("MLG").  Defendant does

24    not engage in direct collection activity, including but not limited to, sending letters,

25    making phone calls, filing lawsuits *or pulling credit reports*, among others.  Here,

26    Defendant purchased two separate accounts from FIA Card Services, N.A. both

27    relative to the debtor and Plaintiff here, Richard B. Tonini (the "Accounts").

28    Defendant placed these Accounts for collection with MLG.  On information and

ANSWER TO COMPLAINT         -2-        12CV0637 WQH WMc

LAW OFFICES OF TIMOTHY P. JOHNSON

belief, MLG, prior to suit, pulled the credit report of debtor and Plaintiff here Richard B. Tonini relative to both Accounts on July 4, 2011 and again on September 16, 2011 for purposes entirely authorized under the Fair Credit Reporting Act ("FCRA").

10.     Answering paragraph 10 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

**VIOLATION OF THE FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. § 1681 WILLFUL NON-COMPLIANCE BY DEFENDANT MANDARICH LAW GROUP, LLP AND CACH, LLC**

11.     Answering paragraph 11 of the Complaint, Defendant repeats, re-alleges, and incorporates by reference the denials and responses set forth above.

12.     Answering paragraph 12 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

13.     Answering paragraph 13 of the Complaint, Defendant admits the allegations contained therein.

14.     Answering paragraph 14 of the Complaint, the allegations asserted in Paragraph 14 are legal conclusions to which no response is required; additionally, the quoted or cited statutes speak for themselves. To the extent a response is required, however, the allegations are denied.

15.     Answering paragraph 15 of the Complaint, the allegations asserted in Paragraph 15 are legal conclusions to which no response is required; additionally, the quoted or cited statutes speak for themselves. To the extent a response is required, however, the allegations are denied.

16.     Answering paragraph 16 of the Complaint, the allegations asserted in Paragraph 16 are legal conclusions to which no response is required; additionally, the quoted or cited statutes speak for themselves. To the extent a response is required, however, the allegations are denied.

LAW OFFICES OF TIMOTHY P. JOHNSON

LAW OFFICES OF TIMOTHY P. JOHNSON

17.     Answering paragraph 17 of the Complaint, Defendant denies the allegations contained therein.

18.     Answering paragraph 18 of the Complaint, Defendant denies the allegations contained therein.

19.     Answering paragraph 19 of the Complaint, the allegations asserted in Paragraph 19 are legal conclusions to which no response is required; additionally, the quoted or cited statutes speak for themselves.  To the extent a response is required, however, the allegations are denied.

20.     Answering paragraph 20 of the Complaint, the allegations asserted in Paragraph 20 are legal conclusions to which no response is required; additionally, the quoted or cited statutes speak for themselves.  To the extent a response is required, however, the allegations are denied.

**VIOLATION OF THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT CALIFORNIA CIVIL CODE § 1788 ET SEQ.**

**WILLFUL NON-COMPLIANCE BY DEFENDANT MANDARICH LAW GROUP, LLP AND CACH, LLC**

21.     Answering paragraph 21 of the Complaint, Defendant repeats, re-alleges, and incorporates by reference the denials and responses set forth above.

22.     Answering paragraph 22 of the Complaint, the allegations asserted in Paragraph 22 are legal conclusions to which no response is required; additionally, the quoted or cited statutes speak for themselves.  To the extent a response is required, however, the allegations are denied.

23.     Answering paragraph 23 of the Complaint, the allegations asserted in Paragraph 23 are legal conclusions to which no response is required; additionally, the quoted or cited statutes speak for themselves.  To the extent a response is required, however, the allegations are denied.

24.     Answering paragraph 24 of the Complaint, the allegations asserted in Paragraph 24 are legal conclusions to which no response is required; additionally,

the quoted or cited statutes speak for themselves. To the extent a response is required, however, the allegations are denied.

25.   Answering paragraph 25 of the Complaint, Defendant denies the allegations contained therein.

26.   Answering paragraph 26 of the Complaint, Defendant denies the allegations contained therein.

27.   Answering paragraph 27 of the Complaint, Defendant CACH, LLC is a passive debt purchaser which purchases debt and places it for collection with third party law firms, such as MLG. Defendant does not engage in direct collection activity, including but not limited to, sending letters, making phone calls, filing lawsuits *or pulling credit reports*, among others. Here, Defendant purchased the Accounts. Defendant placed these Accounts for collection with MLG. On information and belief, MLG, prior to suit, pulled the credit report of debtor and Plaintiff here Richard B. Tonini relative to both Accounts on July 4, 2011 and again on September 16, 2011 for purposes entirely authorized under the FCRA.

28.   Answering paragraph 28 of the Complaint, Defendant denies the allegations contained therein.

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State Cause of Action)

The Complaint and each cause of action contained therein fails to state facts sufficient to constitute causes of action as to Defendant.

## SECOND AFFIRMATIVE DEFENSE

### (Set Off)

Defendant is entitled to a set off against Plaintiff's claims for debts owing pursuant to the Accounts by Plaintiff to Defendant in a sum to be proven at trial

ANSWER TO COMPLAINT                    -5-                    12CV0637 WQH WMc

WHEREFORE, Defendant prays for judgment as follows:

1.      Plaintiff take nothing by reason of the complaint;

2.      Defendant be dismissed with prejudice;

3.      For costs of suit incurred herein;

4.      For reasonable attorney's fees incurred herein; and

5.      For such other relief as the Court deems just and proper.


Dated:  May 7, 2012

**LAW OFFICES OF TIMOTHY P. JOHNSON**


By:_____/s/ Timothy Johnson_____
                TIMOTHY P. JOHNSON
        Attorneys for Defendant CACH, LLC

*Tonini v. Mandarich et al.*
**USDC, Case No. 12 CV 0637 WQH WMc**

## <u>CERTIFICATE OF SERVICE</u>

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

     I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1970 Old Tustin Avenue, Second Floor, Santa Ana, California 92705.

     On May 7, 2012, I served a true copy of the **ANSWER TO COMPLAINT** on all interested parties in this action by:

     [   ]    By personally delivering it to the person(s) indicated below in the manner as provided in FRCP 5(B);

     [ X ]    By depositing it in the United States mail in a sealed envelope with the postage thereon fully prepaid to the following:

     Richard B. Tonini
     7734 Madrilena Way
     Carlsbad, CA 92009

     [   ]    By overnight delivery using an envelope or package provided by the overnight service carrier and addressed to the following:

     [   ]    By ECF:  On this date, I electronically filed the document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to the following:

     I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

     **EXECUTED** on May 7, 2012, at Santa Ana, California.


                /s/Timothy Johnson
                TIMOTHY P. JOHNSON

LAW OFFICES OF TIMOTHY P. JOHNSON