TIMOTHY P. JOHNSON (BAR NO. 66333)
LAW OFFICES OF TIMOTHY P. JOHNSON
1970 OLD TUSTIN AVENUE, SECOND FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 832-1170
FACSIMILE: (714) 832-1179
E-MAIL: tjohnson@johnson-chambers.com

Attorneys for Defendant CACH, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD B. TONINI<br>Plaintiff,<br><br>vs.<br><br>MANDARICH LAW GROUP, LLP,<br>CACH, LLC<br>John Doe(s) 1 through 10<br>Defendants | Case No. 12 CV 0637 WQH WMC<br><br>**JOINDER BY CACH, LLC IN MOTION TO DISMISS OF MANDARICH LAW GROUP; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date: June 18, 2012<br>Time: 11:00 am<br>Courtroom: 4<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY COURT** |

PLEASE TAKE NOTICE that Defendant CACH, LLC hereby joins in the Motion to Dismiss of Defendant MANDARICH LAW GROUP scheduled for June 18, 2012 at 11:00 am in Courtroom 4 of the above entitled Court, located at U.S. District Court, Southern District of California, 940 Front Street, San Diego, CA 92101-8900 pursuant to Federal Rule of Civil Procedure 12(c).

The grounds for this joinder are that the Complaint fails to state a claim upon which relief can be granted. Specifically, the Complaint does not contain facts sufficient to meet the pleadings standards articulated by the Supreme Court in *Bell Atlantic Corp. v. Twombly,* 127 S.Ct. 1955 (2007) and *Ashcroft v. Iqbal,* 129 S.Ct. 1937 (2009).

This joinder is based on this Notice, the attached Memorandum of Points and Authorities, all papers and pleadings on file, and on such further oral and documentary evidence that may be offered at the Motion hearing.

Dated: May 17, 2012

**LAW OFFICES OF TIMOTHY P. JOHNSON**

By:      /s/ Timothy Johnson
TIMOTHY P. JOHNSON
Attorneys for Defendant CACH, LLC

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

Plaintiff has filed this lawsuit based on claimed violations of the Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq* (the "FCRA") and the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788 *et seq* (the "Rosenthal Act"). Specifically, Plaintiff alleges that on or about July 5, 2011 and again on September 16, 2011, Defendant Mandarich Law Group pulled Plaintiff's credit report without a permissible purpose. *See,* Complaint ¶9, 19. Plaintiff concludes that through this conduct Defendant Mandarich Law Group violated §1681b of the FCRA and §1788.2(j) of the Rosenthal Act. *See,* Complaint ¶20, 28.

Plaintiff alleges that Defendant Mandarich Law Group was acting "on behalf of" Defendant CACH, LLC when it pulled his credit report. *See,* Complaint ¶9, 19. Since the purported liability of Defendant CACH, LLC is based only on the conduct of Defendant Mandarich Law Group, Defendant CACH, LLC joins in the Motion to Dismiss filed by Defendant Mandarich Law Group.

### II. CACH, LLC MAY FILE A MOTION TO DISMISS PURSUANT TO RULE 12(c) EVEN THOUGH IT HAS FILED AN ANSWER TO THE COMPLAINT

A Rule 12(b)(6) motion such as that brought by Defendant Mandarich Law Group and a Rule 12(c) motion are virtually interchangeable. Both permit challenges to the legal sufficiency of the Complaint. The same standards apply to both types of motions, e.g. the pleading requirements of *Bell Atlantic Corp. v. Twombly,* 127 S.Ct. 1955 (2007) apply to a Rule 12(c) motion. *Johnson v. Rowley,* 569 F.3d 40, 43-44 (2nd Cir. 2009); *Ross v. U.S. Bank Nat'l Ass'n,* 542 F.Supp.2d 1014, 1023 (ND CA 2008).

Accordingly, this joinder in the Motion to Dismiss by Defendant Mandarich Law Group is both appropriate and timely. It will not cause any

JOINDER IN MOTION TO DISMISS           -3-           12CV0637 WQH WMC

delay of any trial in this action.

## III. THE MOTION TO DISMISS SHOULD BE GRANTED AS TO CACH, LLC

CACH, LLC joins in the Motion to Dismiss of Mandarich Law Group. Based on the holdings in *Pyle v. First National Collection Bureau*, 2012 U.S. Dist. LEXIS 56737 at *7-8 (E.D. Cal., April 23, 2012) and *Rodriguez v. Cavalry Portfolio Services, LLC,* 2012 U.S. Dist. LEXIS 30295 at *3 (S.D. Cal., March 6, 2012) that a debt collector can access a consumer's credit report in conjunction with the collection of a debt, there can be no dispute that this lawsuit is not viable against either Defendant Mandarich Law Group or Defendant CACH, LLC since both had a permissible purpose to obtain his credit report.

## IV. CONCLUSION

Based on the foregoing, it is respectfully submitted that this Joinder in the Motion to Dismiss of Defendant Mandarich Law Group be granted and that this matter be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(c).

Dated: May 17, 2012

**LAW OFFICES OF TIMOTHY P. JOHNSON**

By:_____/s/ Timothy Johnson_____
TIMOTHY P. JOHNSON
Attorneys for Defendant CACH, LLC

*Tonini v. Mandarich et al.*
USDC, Case No. 12 CV 0637 WQH WMC

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1970 Old Tustin Avenue, Second Floor, Santa Ana, California 92705.

On May 17, 2012, I served a true copy of the **JOINDER IN MOTION TO DISMISS OF DEFENDANT MANDARICH LAW GROUP** on all interested parties in this action by:

[ X ]   By depositing it in the United States mail in a sealed envelope with the postage thereon fully prepaid to the following:

Richard B. Tonini
7734 Madrilena Way
Carlsbad, CA 92009

[ X ]   By ECF: On this date, I electronically filed the document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to the following:

Nathaniel Clark
MANDARICH LAW GROUP LLP
6301 Owensmouth Avenue
Woodland Hills, CA 91367

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

**EXECUTED** on May 17, 2012, at Santa Ana, California.

/s/Timothy Johnson
TIMOTHY P. JOHNSON