# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CASES TO BE TRANSFERRED TO THE CALENDAR OF THE HONORABLE GONZALO PAUL CURIEL, | ORDER |

HAYES, Judge:

The following civil cases are transferred from the calendar of the Honorable William Q. Hayes to the calendar of the Honorable Gonzalo Paul Curiel:

09-cv-02616-WQH-WVG   Doty Scott Enterprises, Inc v. Sector 10, Inc et al

11-cv-02579-WQH-BGS   Mangat v. Astrue

11-cv-02583-WQH-PCL   Wells v. Astrue

11-cv-02906-WQH-NLS   Juhline v. Ben Bridge-Jeweler, Inc.

12-cv-00637-WQH-WMC   Tonini v. Mandarich Law Group, LLP et al

12-cv-00684-WQH-WVG   Carver et al v. United States of America

12-cv-01621-WQH-BLM   Rodriguez v. Legal Recovery Law Offices, Inc.

12-cv-01635-WQH-BGS   Eunice v. United States of America et al

12-cv-02229-WQH-BGS   Calderon Bonilla v. U.S. Department of Homeland Security et al

12-cv-1167-WQH-MDD   Quechan Tribe of the Fort Yuma Indian Reservation v. United States Department of the Interior et al. and related cases:
    12-cv-1281-WQH-MDD   Desert Protective Council et al. v. United States Department of the Interior et al.

| | |
|---|---|
| 12-cv-1310-WQH-MDD | The Protect Our Communities Foundation et al. v. Imperial County Board of Supervisors et al. |
| 12-cv-1499-WQH-MDD | Community Advocates for Renewable Energy Stewardship v. United States Department of the Interior et al. |
| 12-cv-2211-WQH-MDD | The Protect Our Communities Foundation et al. v. Salazar et al. |
| 12-cv-2212-WQH-MDD | The Protect Our Communities Foundation et al. v. Ashe et al. |
| 10-cv-443WQH-BGS | D.R. Horton Los Angeles Holding Co., Inc. v. American Safety Indemnity Company et al. |
| 09-cv-413-WQH-BGS | Nunez v. Ramirez |
| 12-cv-1549-WQH-DHB | Jennings v. Bell Helicopter Textron Inc. et al; and related case: |
| 12-cv-1660-WQH-DHB | Jennings v. Bell Helicopter Textron, Inc. et al. |
| 12-cv-604-WQH-KSC | Brady et al. v. Grendene USA, Inc. |
| 11-cv-01651-WQH-BLM | U.S. Commodity Futures Trading Commission v. Wilson et al |
| 12-cv-01532-WQH-BGS | Capoyianes et al v. Secretary of the Navy |

The initials GPC shall replace WQH in all future pleadings. All pending motion hearing and pretrial conference dates on the calendar of Judge Hayes are hereby VACATED to be rescheduled by Judge Curiel. All other dates set forth in scheduling orders, and all hearings calendared before the magistrate judges remain as scheduled.

DATED: October 3, 2012

**WILLIAM Q. HAYES**
United States District Judge