1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10
11
| | |
|---|---|
| RICHARD TONINI, | CASE NO. 12cv637-GPC(WMC) |

12
13
14
15

RICHARD TONINI,

Plaintiff,

vs.

MANDARICH LAW GROUP, LLC, JOHN
DOES 1thru 10,

Defendants.

CASE NO. 12cv637-GPC(WMC)

**ORDER DIRECTING CLERK OF
COURT TO CLOSE CASE**

16
17
18
19
20
21
22
23
24
25
26
27
28

On March 14, 2012, Plaintiff Richard Tonini, proceeding *pro se*, filed a complaint against Defendants Mandarich Law Group, LLC and Cach, LLC. (Dkt. No. 1.) On May 14, 2012, Defendants filed a motion to dismiss the complaint for failure to state a claim. (Dkt. No. 7.) On July 9, 2012, District Judge Hayes granted Defendants' motion to dismiss the complaint and granted Plaintiff leave to file a motion for leave to file a first amended complaint along with a proposed first amended complaint. (Dkt. No. 22.) On August 10, 2012, Plaintiff filed a motion for extension of time to file an amended complaint which the Court granted. (Dkt. Nos. 24, 25.) Plaintiff was required to file a motion for leave to file a first amended complaint by October 8, 2012. (Dkt. No. 25.) On October 4, 2012, the case was transferred to the undersigned judge. (Dkt. No. 26.) On October 12, 2012, the Court noted that Plaintiff, proceeding *pro se*, had not been mailed a copy of the Court's order granting Plaintiff until October 8, 2012 to file a motion. (Dkt. No. 25.) Therefore, the Clerk of Court mailed a copy of the Court's order to Plaintiff on October 12, 2012. (Id.) On October 17, 2012, Defendant

1  Cach, LLC filed a notice of Plaintiff's failure to file a motion for leave to file an amended complaint.

2  (Dkt. No. 27.)  Since Plaintiff did not receive notice of the Court's prior order granting his motion for

3  extension of time to file a motion for leave to file an amended complaint, the Court granted Plaintiff

4  until November 26, 2012 to file a motion for leave to file an amended complaint along with a proposed

5  first amended complaint.  (Dkt. No. 28.)  On November 29, 2012, Defendant Cach filed a notice

6  regarding Plaintiff's failure to file a motion for leave to file an amended complaint.  (Dkt. No. 29.)

7        Since Plaintiff has not filed a motion for leave to file a first amended complaint pursuant to the

8  Court's order, the Court DIRECTS the Clerk of Court to close the case.

9        IT IS SO ORDERED.

10

11  DATED:  December 6, 2012

12                              HON. GONZALO P. CURIEL

13                              United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[12cv637-GPC(WMC)]